# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | |
| UNITED REFUSE, LLC, | Case No. 04-11503-RGM |
| | (Chapter 11) |
| Debtor. | |
| UNITED REFUSE, LLC, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 05-1551 |
| JAMES C. LEHNER and SUZANNE LEHNER, | |
| Defendants. | |

## ORDER RE MEALS

United Refuse seeks reimbursement of $766.18 for meals. The total of the items apparently included in the schedule appears to be $783.07. The difference of $16.89 appears to be the July 22, 2003 charge at Padrino's II Italian Restaurant in Dumfries, Virginia. An additional nine items are clearly excluded from the total. The court would appreciate counsel addressing the following questions:

1. Was the July 22, 2003 charge at Padrino's II Italian Restaurant in Dumfries, Virginia, for $16.89 inadvertently omitted from the total for which United Refuse seeks reimbursement?

2. What distinguishes the nine charges not included in the total and for which United Refuse does not seek reimbursement from the other charges?

It is ORDERED that counsel file a response to the foregoing questions on or before February 23, 2007.

Alexandria, Virginia
February 16, 2007

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

copies to:

William Daniel Sullivan
Kermit A. Rosenberg

Steven S. Biss
P.O. Box 592
Richmond, Virginia 23219